XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-2595
 Fax:  (916) 324-5205
 E-mail:  Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendant Rackley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JANETTE BALDIZON, et al.,**<br><br>                                        Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                        Defendants. | 2:17-cv-00228-WBS-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND FOR DEFENDANT RACKLEY**<br><br>Judge:         The Honorable William B. Shubb<br>Trial Date:    Not Set<br>Action Filed: February 2, 2017 |

Plaintiffs Janette Baldizon and Ana Baldizon, and Defendant R. Rackley, through their respective counsel, stipulate as follows:

   1.   Rackley was served with the Summons and Complaint in this matter on February 3, 2017;

   2.   Counsel have met and conferred concerning the allegations in the Complaint in anticipation of filing a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6);

   3.   Plaintiffs anticipate filing an Amended Complaint by March 15, 2017; and

///

1

4. Under Local Rule 144(a), the time for Rackley to respond to the Complaint is extended to March 24, 2017.

Dated:  February 23, 2017                                Respectfully submitted,

                                                                      BARTH DALY LLP

                                                                       *s/ Berit Lynn Elam*
                                                                       KRESTA NORA DALY
                                                                        BERIT LYNN ELAM
                                                                        *Attorneys for Plaintiffs Janette and Ana Baldizon*

Dated:  February 23, 2017                                Respectfully submitted,

                                                                       XAVIER BECERRA
                                                                       Attorney General of California
                                                                       MONICA N. ANDERSON
                                                                       Supervising Deputy Attorney General

                                                                       *s/ R. Lawrence Bragg*
                                                                       R. LAWRENCE BRAGG
                                                                       Deputy Attorney General
                                                                       *Attorneys for Defendant Rackley*

## ORDER

In light of the stipulation of the parties, and good cause appearing, it is ordered that the time for Defendant R. Rackley to respond to the Complaint is extended to March 24, 2017.

Dated:  February 23, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2017303232
32768544.doc

2