| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Supervising Deputy Attorney General<br>R. LAWRENCE BRAGG, State Bar No. 119194<br>Acting Supervising Deputy Attorney General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7334<br> Fax: (916) 324-5205<br> E-mail: Lawrence.Bragg@doj.ca.gov<br>*Attorneys for Defendant Macomber* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| **JANETTE BALDIZON, et al.,** | | 2:17-cv-00228-WBS-AC |
| | Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT FOR DEFENDANT MACOMBER** |
| | v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | | Judge: The Honorable William B. Shubb<br>Trial Date: Not Set<br>Action Filed: February 2, 2017 |
| | Defendants. | |

  Plaintiffs Janette Baldizon and Ana Baldizon, and Defendant Macomber, through their respective counsel, stipulate as follows:

  1. Macomber was served with the Summons and Second Amended Complaint in this matter on August 30, 2017;

  2. Counsel have met and conferred concerning the allegations in the Complaint in anticipation of filing a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6); and

///

///

1

3. In order to complete the meet and confer process, under Local Rule 144(a), the time for Macomber to respond to the Second Amended Complaint is extended to September 29, 2017.

Dated: September 20, 2017

Respectfully submitted,

BARTH DALY LLP

*/s/ Kresta Nora Daly*

KRESTA NORA DALY
*Attorneys for Plaintiffs Janette and Ana Baldizon*

Dated: September 20, 2017

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General

*/s/ R. Lawrence Bragg*

R. LAWRENCE BRAGG
Acting Supervising Deputy Attorney General
*Attorneys for Defendant Macomber*

## ORDER

In light of the stipulation of the parties, and good cause appearing, it is ordered that the time for Defendant Macomber to respond to the Second Amended Complaint is extended to September 29, 2017.

Dated: September 20, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2017303232/33055733.docx

2

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED
COMPLAINT FOR DEFENDANT MACOMBER (2:17-cv-00228-WBS-AC)