Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE RAMIREZ, individually and as a representative of the Estate of ROBERTO BALDIZON, Deceased; ANA JUSCAMAITA, individually and as a representative of the Estate of ROBERTO BALDIZON, Deceased; and THE ESTATE OF ROBERTO BALDIZON, <br><br>Plaintiffs, <br><br>v. <br><br>JEFFREY MACOMBER, individually and in his official capacity as Former Warden of California State Prison-Sacramento and DOES 1 through 100, inclusive, in their official and personal/individual capacities, <br><br>Defendants. | Case No. 2:17-CV-00228-WBS-AC <br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FILE THIRD AMENDED COMPLAINT** |

Plaintiff Janette Baldizon and Ana Juscamaita, and Defendant Macomber, through their counsel, stipulate as follows:

1. Defendant Macomber was served with the summons and Second Amended Complaint in this matter on August 30, 2017;

2. Counsel met and conferred concerning allegations in the complaint in anticipation of filing a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6);

///

3. As part of the meet and confer process the parties stipulated the time for Defendant Macomber to respond to the Second Amended Complaint was extended to September 29, 2017; and

4. The parties now stipulate Plaintiff may file a Third Amended Complaint. Said Third Amended Complaint shall be filed no later than September 28, 2017.

Dated: September 27, 2017.  Respectfully submitted,

BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for Plaintiffs

Dated: September 27, 2017.  Respectfully submitted,

XAVIER BECERRA

ATTORNEY GENERAL OF CALIFORNIA

By /s/ R. Lawrence Bragg
R. LAWRENCE BRAGG
Acting Supervising Deputy Attorney General
Attorneys for Defendant Macomber

ORDER

In light of the stipulation of the parties, and good cause appearing, it is ordered that Plaintiff may file a Third Amended Complaint which shall be filed no later than September 28, 2017.

Dated: September 28, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE