1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  R. LAWRENCE BRAGG, State Bar No. 119194
   Acting Supervising Deputy Attorney General
4  DERREK J. LEE, State Bar No. 297497
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 210-7334
7   Fax: (916) 324-5205
    E-mail: Lawrence.Bragg@doj.ca.gov
8  *Attorneys for Defendant Macomber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JANETTE BALDIZON, et al.,** | 2:17-cv-00228-WBS-AC |
| Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER TO ADVANCE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | Judge: The Honorable William B. Shubb<br>Trial Date: November 5, 2019<br>Action Filed: February 2, 2017 |
| Defendants. | |

Plaintiffs Janette Baldizon and Ana Baldizon, and Defendant Macomber, through their respective counsel, stipulate as follows:

1. The hearing on the Motion to Dismiss Third Amended Complaint (Motion) filed by Defendant Macomber is set for hearing on December 18, 2017 (ECF No. 34);

2. Counsel for Plaintiffs is not available to attend that hearing, but is available to attend the hearing on the Motion on November 27, 2017; and

1

3. The hearing on the motion should be advanced to November 27, 2017.

Dated: October 23, 2017

Respectfully submitted,

BARTH DALY LLP

*/s/ Kresta Nora Daly*

KRESTA NORA DALY
*Attorneys for Plaintiffs Janette and Ana Baldizon*

Dated: October 23, 2017

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General
DERREK J. LEE
Deputy Attorney General

*/s/ R. Lawrence Bragg*

R. LAWRENCE BRAGG
Acting Supervising Deputy Attorney General
*Attorneys for Defendant Macomber*

## ORDER

The suggested date of November 27, 2017 is not convenient to the court. Accordingly, in order to accommodate the request of counsel, the motion will be taken under submission without oral argument.

Dated: October 24, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2017303232
33103176.docx

2

STIPULATION AND PROPOSED ORDER TO ADVANCE HEARING DATE FOR DEFENDANT'S MOTION
TO DISMISS THIRD AMENDED COMPLAINT (2:17-cv-00228-WBS-AC)