1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TRACY S. HENDRICKSON, State Bar No. 155081
   Supervising Deputy Attorney General
3  R. LAWRENCE BRAGG, State Bar No. 119194
   Acting Supervising Deputy Attorney General
4  DERREK J. LEE, State Bar No. 297497
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-7334
7    Fax: (916) 324-5205
     E-mail: Lawrence.Bragg@doj.ca.gov
8  *Attorneys for Defendant Macomber*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

13  **JANETTE BALDIZON, et al.,**              2:17-cv-00228-WBS-AC

14                          Plaintiffs,        **STIPULATION AND ~~PROPOSED~~
15                                             ORDER RE: INITIAL DISCLOSURES**

        v.                                     Judge:        The Honorable
16                                                           William B. Shubb
17  **CALIFORNIA DEPARTMENT OF**               Trial Date:   November 5, 2019
    **CORRECTIONS AND**                        Action Filed: February 2, 2017
18  **REHABILITATION, et al.,**

19                          Defendants.

20

21        Plaintiffs Janette Baldizon and Ana Baldizon, and Defendant Macomber, through their

22  respective counsel, stipulate as follows:

23        1.     Under the Status (Pretrial Scheduling) Order (ECF No. 33), the parties are required to

24  submit Initial Disclosures by January 5, 2018;

25        2.     On December 18, 2017, the Court granted Defendant Macomber's Motion to Dismiss

26  with Leave to Amend (ECF No. 39), and Plaintiffs are required to file an amended complaint by

27  January 8, 2018;

28  / / /

                                               1

1    3.      Under Federal Rule of Civil Procedure 26(a)(1), Macomber is required to disclose the

2    identities of witnesses and documents which support his defenses in this matter;

3    4.      Until Plaintiffs file an amended complaint, Macomber will be unable to determine

4    which defenses apply to this matter, and so will be unable to submit Initial Disclosures under

5    Federal Rule of Civil Procedure 26(a)(1); and

6    5.      It is agreed that the deadline to submit Initial Disclosures is extended to fifteen days

7    after the filing of an Answer by Macomber, or fifteen days after the Court denies a Motion to

8    Dismiss filed by Macomber, whichever event occurs first.

Dated: January 2, 2018                  Respectfully submitted,

BARTH DALY LLP

*/s/ Kresta Nora Daly*

KRESTA NORA DALY
*Attorneys for Plaintiffs Janette and Ana Baldizon*

XAVIER BECERRA
Attorney General of California
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
DERREK J. LEE
Deputy Attorney General

*s/ R. Lawrence Bragg*

R. LAWRENCE BRAGG
Acting Supervising Deputy Attorney General
*Attorneys for Defendant Macomber*

2

**ORDER**

In light of the stipulation of the parties, and good cause appearing, it is ordered that the deadline to submit Initial Disclosures is extended to fifteen days after the filing of an Answer by Macomber, or fifteen days after the Court denies a Motion to Dismiss filed by Macomber, whichever event occurs first.

Dated: January 2, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2017303232
33209293.docx

STIPULATION AND PROPOSED ORDER RE: INITIAL DISCLOSURES  (2:17-cv-00228-WBS-AC)