Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE RAMIREZ, individually and as a representative of the Estate of ROBERTO BALDIZON, Deceased; ANA JUSCAMAITA, individually and as a representative of the Estate of ROBERTO BALDIZON, Deceased; and THE ESTATE OF ROBERTO BALDIZON,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY MACOMBER, individually and in his official capacity as Former Warden of California State Prison-Sacramento and DOES 1 through 100, inclusive, in their official and personal/individual capacities,<br><br>Defendants. | Case No. 2:17-CV-00228-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE TO FILE AMENDED COMPLAINT** |

The parties hereby stipulate that:

1. On December 18, 2017 this Court issued an order dismissing Plaintiff's complaint. [Docket Entry 39.] Said order gave Plaintiff 20 days from the date of the order to file an amended complaint. The complaint is due January 7, 2018.

2. Plaintiff has requested certain evidence from the California Department of Corrections in order to assist Plaintiff in drafting an amended complaint. Plaintiff has not yet received said information and cannot file an amended complaint consistent with this Court's order absent this

information.

3. Plaintiff seeks 45 additional days to file an amended complaint, to February 21, 2018.

4. Defendant does not object.

Dated: January 3, 2018.　　　　　　　Respectfully submitted,

BARTH DALY LLP

By　/s/ Kresta Nora Daly
　　KRESTA NORA DALY
Attorneys for Plaintiffs


XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Supervising Deputy Attorney General


By　/s/ R. Lawrence Bragg
　　R. LAWRENCE BRAGG
Acting Supervising Deputy Attorney General
*Attorneys for Defendant Macomber*


By　/s/ Derrek J. Lee
　　DERREK J. LEE
Deputy Attorney General
*Attorneys for Defendant Macomber*


## **ORDER**

Good cause appearing the deadline for Plaintiff to file an amended complaint is extended to February 21, 2018.

Dated: January 3, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE