Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE RAMIREZ, individually and as a representative of the Estate of ROBERTO BALDIZON, Deceased; ANA JUSCAMAITA, individually and as a representative of the Estate of ROBERTO BALDIZON, Deceased; and THE ESTATE OF ROBERTO BALDIZON,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY MACOMBER, individually and in his official capacity as Former Warden of California State Prison-Sacramento and DOES 1 through 100, inclusive, in their official and personal/individual capacities,<br><br>Defendants. | Case No. 2:17-CV-00228-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Plaintiffs Janette Baldizon and Ana Juscamaita, and Defendant Macomber, through their counsel, stipulate as follows:

1. This court previously ordered an amended complaint be filed no later than April 13, 2018;

2. In the interim plaintiffs' counsel obtained and reviewed certain records in anticipation of filing an amended complaint;

3. Plaintiffs' counsel requires additional time to confer with her clients regarding the

information contained in those records. As such Plaintiffs are requesting four additional weeks prior to filing an amended complaint or other pleading;

4. The parties wish to make the following changes to the previous scheduling order:

    a. Initial Expert Witness Disclosures Due November 30, 2018;

    b. Rebuttal Expert Witness Disclosures Due January 30, 2019;

    c. Discovery Cut-Off March 30, 2019; and

    d. All other dates not specifically addressed herein remain the same.

5. A further amended complaint or other pleading shall be filed by Plaintiff no later than May 11, 2018.

6. Defendants do not object.

Dated: April 12, 2018.		Respectfully submitted,

		BARTH DALY LLP

		By	/s/ Kresta Nora Daly
			KRESTA NORA DALY
			Attorneys for Plaintiffs


Dated: April 12, 2018.		Respectfully submitted,

		XAVIER BECERRA
		ATTORNEY GENERAL OF CALIFORNIA


		By	/s/ R. Lawrence Bragg
			R. LAWRENCE BRAGG
			Supervising Deputy Attorney General
			Attorneys for Defendant Macomber

///

///

///

///

///

///

## **ORDER**

In light of the stipulation of the parties, and good cause appearing, it is ordered that Plaintiff may file a further Amended Complaint or other pleading no later than May 11, 2018, that Initial Expert Witness Disclosures are due by November 30, 2018, that Rebuttal Expert Witness Disclosures are due by January 30, 2019, that the discovery cut-cut off is extended to April 1, 2019; and all other dates not specifically addressed herein remain the same.

Dated: April 13, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE