Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTE RAMIREZ, individually and as a representative of the Estate of ROBERTO BALDIZON, Deceased; ANA JUSCAMAITA, individually and as a representative of the Estate of ROBERTO BALDIZON, Deceased; and THE ESTATE OF ROBERTO BALDIZON, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY MACOMBER, individually and in his official capacity as Former Warden of California State Prison-Sacramento and DOES 1 through 100, inclusive, in their official and personal/individual capacities, <br><br> Defendants. | Case No. 2:17-CV-00228-WBS-AC <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER DISMISSING** |

Plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) move to dismiss the above captioned case with prejudice.

Plaintiffs filed this case on February 2, 2017. Defendants appeared on September 20, 2017.

Plaintiffs believe this case no longer warrants prosecution. Since the opening of discovery Plaintiffs have obtained documents and evidence previously unavailable to Plaintiffs. That information leads Plaintiffs to conclude a dismissal is warranted. Defendants stipulate to

Plaintiffs request.

The parties further stipulate each side is to bear their own fees and costs.

Dated: May 10, 2017.  Respectfully submitted,

BARTH DALY LLP


By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for Plaintiffs

Dated: May 10, 2017.  Respectfully submitted,

XAVIER BECERRA

ATTORNEY GENERAL OF CALIFORNIA


By  /s/ R. Lawrence Bragg
    R. LAWRENCE BRAGG
    Acting Supervising Deputy Attorney General
    Attorneys for Defendant Macomber

## **ORDER**

In light of the stipulation of the parties, and good cause appearing, the above captioned case is dismissed with prejudice. Each side to bear their own fees and costs.

Dated: May 10, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE